UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE ESTATE OF SAMUEL WILLIAMS, by the Administratrix of the estate, JOYCE FOGG,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, RAYMOND PEREZ, CHRISTOPHER McGRATH, FRANK GARRIDO, MARVIN JEAN-BAPTISTE, HERMES RODRIGUEZ, and ARHENIS LOPEZ-ESTEVEZ,<br><br>Defendants. | : | 26-CV-04491(VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 28, 2026, Plaintiff initiated this lawsuit against Defendants, *see* Compl., Dkt. 1;

WHEREAS this Court set an initial pre-trial conference in this matter for August 7, 2026, *see* Dkt. 3;

WHEREAS on June 2, 2026, electronic summonses were issued as to each Defendant except Hermes Rodriguez, *see* Dkts. 10, 11, 12, 13, 14, 15;

WHEREAS no counsel has entered an appearance on behalf of any Defendant;

WHEREAS Defendants have not answered or otherwise responded to the Complaint;

IT IS HEREBY ORDERED that the initial pre-trial conference scheduled in this matter on Friday, August 7, 2026, is CANCELLED.

IT IS HEREBY FURTHER ORDERED that, not later than **Friday, August 7, 2026**, Plaintiff must file, via ECF, proof of service of the Complaint and summons on each Defendant.

**SO ORDERED.**

**Date: July 31, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**